Form oscccq – osccrcrv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–13655–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Adam Luke Brent
dba The Brent Law Firm
798 Forsythia Dr.
Vineland, NJ 08360–1805

Social Security No.:
xxx–xx–4614

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR DEBTOR'S FAILURE TO MEET CREDIT COUNSELING REQUIREMENTS

The Court having noted the debtor(s)'s failure to comply with the credit counseling requirements of the Bankruptcy Code as indicated below,

☑ The ☑ debtor ☐ joint debtor did not file a Certificate of Credit Counseling with the petition and has not requested an exemption from the credit counseling requirement and has not filed a request for a temporary waiver of the credit counseling requirement,

☐ The ☐ debtor ☐ joint debtor filed a Certificate of Credit Counseling after filing the petition that indicates that the debtor(s) participated in credit counseling after filing their petition, and has not filed a request for a temporary waiver of, or exemption from the credit counseling requirement,

☐ The ☐ debtor ☐ joint debtor filed a Certificate of Credit Counseling indicating that the debtor(s) participated in credit counseling more than 180 before the filing of the petition,

It is hereby

ORDERED that the ☑ debtor ☐ joint debtor shall file with the Clerk at the address above, a Certificate of Credit Counseling indicating that they participated in a credit counseling briefing within the 180 days prior to the filing of their petition by 3/8/19 or the case will be dismissed.

If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 3/8/19.

If an objection or request for a hearing is filed, you or your attorney must appear at a hearing to be held before the Honorable Jerrold N. Poslusny Jr. on

Date: March 19,2019
Time: 10:00am
Location: Courtroom 4C
Address:    Mitchell H. Cohen Courthouse
            1 John F. Gerry Plaza
            400 Cooper Street
            Camden, NJ 08101–2067

Dated: February 25, 2019
JAN:

                                              <u>Jerrold N. Poslusny Jr.</u>
                                              United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re: Case No. 19-13655-JNP
Adam Luke Brent Chapter 13
 Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 1 Date Rcvd: Feb 25, 2019
 Form ID: oscccq Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2019.
db #Adam Luke Brent, 798 Forsythia Dr., Vineland, NJ 08360-1805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 26 2019 00:38:31 United States Trustee,
 Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100,
 Newark, NJ 07102-5235
 TOTAL: 1

 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty* +Adam Luke Brent, 798 Forsythia Drive, Vineland, NJ 08360-1805
 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2019 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2019 at the address(es) listed below:
 Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
 U.S. Trustee USTPRegion03.NE.ECF@usdoj.gov
 TOTAL: 2