Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Telephone: 856-866-0100
Attorney for: Santander Consumer USA Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 19-13655(JNP) |
| ADAM LUKE BRENT | Chapter 13 |
| | Hearing date: 5-1-19 |
| | <u>OBJECTION TO CONFIRMATION</u> |

Santander Consumer USA Inc. ("Santander") a secured creditor of the debtor, objects to the debtor's plan for the following reasons:

a. **910 CLAIM; PLAN APPEARS TO CRAM DOWN THE VEHICLE:**

Santander holds a first purchase money security interest encumbering 2013 AUDI A8 purchased by the debtor on 8-21-18, less than 910 days before filing. The vehicle cannot be crammed down. The plan appears to pay Santander $19,000 and is not the New Jersey form of plan. At filing, the net loan balance on the loan encumbering the vehicle was $34,467.69. The plan must be amended to pay Santander the net loan balance of $34,467.69 with *Till* rate of interest at 6.5%. The trustee should compute interest. If interest was pre-computed, the trustee

would pay Santander $39,235.18 over 48 months or $40,464.00 over 60 months.

b. **Feasibility:** The plan is not feasible. Plan payments are only $400 a month and are insufficient to pay Santander and the trustee. Schedule J shows that the debtor has negative income.

c. **Proof of insurance:** Santander requests that the debtor provide it with proof that the vehicle is insured as required by 11 U.S.C. 1326(a)(4).

d. **Lien retention:** Santander must retain its lien on the vehicle after confirmation, until it has been paid in full through the plan, the plan completes and the debtor receives a discharge.

/s/ John R. Morton, Jr.
John R. Morton, Jr., attorney for
Santander Consumer USA Inc.

Dated: 4-3-19