Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19–13655–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Adam Luke Brent
  dba The Brent Law Firm
  798 Forsythia Dr.
  Vineland, NJ 08360–1805

Social Security No.:
  xxx–xx–4614

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

  NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/10/19.

  Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 10, 2019
JAN: kvr

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-13655-JNP
Adam Luke Brent                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Apr 10, 2019
                               Form ID: 148             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2019.
```
db              #Adam Luke Brent,    798 Forsythia Dr.,    Vineland, NJ 08360-1805
518063053       +DLJ Mortgage Capital, Inc..,    Rebecca A. Solarz, Esquire,    216 Haddon Avenue, Ste. 406,
                  Westmont, NJ 08108-2812
518141542       +Ditech Financial LLC,    1100 Virginia Drive,    Suite 100A,   Fort Washington NJ 19034-3276
518141545       +NJ State Division of Taxation,    (Dept of Treasury),    PO Box 002,    Trenton, NJ 08625-0002
518141546       +Nancy Kennedy Brent,    711 St George Street,    Newfield NJ 08344-5161
518141543        Sallie Mae,   4322 300 Continental Ave,    Newark DE 19713
518043687       +Santander Bank,    75 State Street,    Boston, MA 02109-1827
518167564       +Santander Consumer USA Inc.,    John R. Morton, Jr.,    Morton & Craig, LLC,
                  110 Marter Avenue, Suite 301,    Moorestown, NJ 08057-3125
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 10 2019 23:27:04      U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 10 2019 23:26:59      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
cr              +EDI: DRIV.COM Apr 11 2019 02:58:00      Santander Consumer USA Inc.,    8585 N. Stemmons Fwy.,
                  Ste 1100-N,   Dallas, TX 75247-3822
518068245       +EDI: IRS.COM Apr 11 2019 02:58:00      Department of Treasury,    Internal Revenue Service,
                  P O Box 7346,   Philadelphia, PA 19101-7346
518078144       +EDI: DRIV.COM Apr 11 2019 02:58:00      Santander Consumer USA, Inc.,    P.O. Box 560284,
                  Dallas, TX 75356-0284
518069362       +EDI: AIS.COM Apr 11 2019 02:58:00      T Mobile/T-Mobile USA Inc,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 6
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*            +Adam Luke Brent,    798 Forsythia Drive,    Vineland, NJ 08360-1805
518141544*      +IRS,   51 Haddonfield Rd,    Cherry Hill NJ 08002-4801
                                                                                           TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2019 at the address(es) listed below:
```
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              John R. Morton, Jr.   on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Rebecca Ann Solarz   on behalf of Creditor    DLJ Mortgage Capital, Inc. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 4
```