UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                              : Case No.:   19-13655
                                                    :
Adam Luke Brent                                     : Adv. No.:   N/A
                                                    :
                                                    : Judge:      JNP
            Debtor (s),                             :
                                                    : Chapter:    13

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Jerrold N. Poslusny, Jr., United States Bankruptcy Judge.

**Reason for Hearing:**      Motion to Vacate Dismissal of Case

**Location of Hearing:**     Courtroom No. 4C
                             Mitchell H. Cohen U.S. Courthouse
                             400 Cooper Street
                             Camden, NJ 08101

**Date and Time:**           May 28, 2019 at 10:00 AM,
                             or as soon thereafter as counsel may be heard.

**Please note that the movant must timely serve a copy of the motion/application on all relevant parties, including the trustee, advising them of the hearing date and time listed above. The movant must also file a certificate of service with the court stating that all parties were served and advised of the hearing date and time. Also note that the movant must attend the hearing or the motion may be denied. If you have any questions, please contact Kathleen Ryan at 856-361-2358**

DATED:   April 30, 2019                JEANNE A. NAUGHTON, Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on April 30, 20 19 the foregoing notice was served on the following: Trustee, US Trustee via CM/ECF
Debtor
Adam Luke Brent

JEANNE A. NAUGHTON, Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 19-13655-JNP
Adam Luke Brent                                                        Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin           Page 1 of 1              Date Rcvd: Apr 30, 2019
                        Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2019.
db          #Adam Luke Brent,    798 Forsythia Dr.,    Vineland, NJ  08360-1805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2019 at the address(es) listed below:
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    DLJ Mortgage Capital, Inc. rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 4