Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 19−13655−JNP
                Chapter: 13
                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Adam Luke Brent
   dba The Brent Law Firm
   798 Forsythia Dr.
   Vineland, NJ 08360−1805

Social Security No.:
   xxx−xx−4614

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                 7/3/19
Time:                10:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 28, 2019
JAN: kvr

                                          Jeanne Naughton
                                          Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-13655-JNP
Adam Luke Brent                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 1           Date Rcvd: May 28, 2019
                              Form ID: 132           Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2019.
db              #Adam Luke Brent,    798 Forsythia Dr.,    Vineland, NJ   08360-1805
518063053       +DLJ Mortgage Capital, Inc..,    Rebecca A. Solarz, Esquire,    216 Haddon Avenue, Ste. 406,
                  Westmont, NJ 08108-2812
518141542       +Ditech Financial LLC,    1100 Virginia Drive,    Suite 100A,   Fort Washington NJ 19034-3276
518141545       +NJ State Division of Taxation,    (Dept of Treasury),    PO Box 002,    Trenton, NJ 08625-0002
518141546       +Nancy Kennedy Brent,    711 St George Street,    Newfield NJ 08344-5161
518141543        Sallie Mae,   4322 300 Continental Ave,    Newark DE 19713
518043687       +Santander Bank,   75 State Street,    Boston, MA 02109-1827
518167564       +Santander Consumer USA Inc.,    John R. Morton, Jr.,    Morton & Craig, LLC,
                  110 Marter Avenue, Suite 301,    Moorestown, NJ 08057-3125
518078144       +Santander Consumer USA, Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 29 2019 00:31:44       U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 29 2019 00:31:41       United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ   07102-5235
518068245       +E-mail/Text: cio.bncmail@irs.gov May 29 2019 00:31:09       Department of Treasury,
                  Internal Revenue Service,    P O Box 7346,   Philadelphia, PA 19101-7346
518069362       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 29 2019 00:37:51        T Mobile/T-Mobile USA Inc,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*            +Adam Luke Brent,    798 Forsythia Drive,   Vineland, NJ 08360-1805
518141544*      +IRS,   51 Haddonfield Rd,    Cherry Hill NJ 08002-4801
cr             ##+Santander Consumer USA Inc.,    8585 N. Stemmons Fwy.,   Ste 1100-N,    Dallas, TX 75247-3822
                                                                                              TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2019 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   DLJ Mortgage Capital, Inc. rsolarz@kmllawgroup.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4