| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Andrew Sklar, Esquire (AS3105)<br>Sklar Law, LLC<br>1200 Laurel Oak Road – Ste 102<br>Voorhees, New Jersey 08043<br>(856) 258-4050<br>Attorney for Michael & Denise Sammartino, Creditors herein | <br>**Order Filed on September 17, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| In Re:<br><br>**ADAM LUKE BRENT**<br><br>                    Debtor. | **Case # 19-13655/JNP**<br><br>Chapter 13<br><br>Honorable Jerrold Poslusny<br><br>Hearing:  9/17/19 @ 10:00 am |

## ORDER DETERMINING CLAIM #7 FILED
## BY MICHAEL & DENISE SAMMARTINO
## IS DEEMED TO BE TIMELY FILED

   The relief set forth on the following pages, numbered two (2) through (2)    is hereby **ORDERED**.

**DATED: September 17, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(PAGE 2)**

Debtor: **ADAM LUKE BRENT**
Case No.: **19-13655/JNP**
Caption: **ORDER DETERMING CLAIM #7 FILED BY MICHAEL & DENISE SAMMARTINO IS DEEMED TO BE TIMELY FILED**

---

**THIS MATTER** having come before the Court upon the motion of Andrew Sklar, Esquire, on behalf of Michael & Denise Sammartino, for an Order determining that Claim #7 filed by Michael & Denise Sammartino, is deemed to be timely filed, and for good cause shown;

**IT IS HEREBY ORDERED** that Michael & Denise Sammartino's Proof of Claim, Claim #7, filed on August 15, 2019, is deemed to be timely filed in this matter.

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee is authorized to pay this claim.