UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Andrew Sklar, Esquire (AS3105)
Sklar Law, LLC
1200 Laurel Oak Road – Ste 102
Voorhees, New Jersey 08043
(856) 258-4050
Attorney for Michael & Denise Sammartino, Creditors herein



Order Filed on September 17, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

**ADAM LUKE BRENT**

　　　　　　　Debtor.

**Case # 19-13655/JNP**

Chapter 13

Honorable Jerrold Poslusny

Hearing: 9/17/19 @ 10:00 am

### ORDER DETERMINING CLAIM #7 FILED BY MICHAEL & DENISE SAMMARTINO IS DEEMED TO BE TIMELY FILED

The relief set forth on the following pages, numbered two (2) through (2)　is hereby **ORDERED**.

**DATED: September 17, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(PAGE 2)**

Debtor: **ADAM LUKE BRENT**
Case No.: **19-13655/JNP**
Caption: **ORDER DETERMING CLAIM #7 FILED BY MICHAEL & DENISE SAMMARTINO IS DEEMED TO BE TIMELY FILED**

---

**THIS MATTER** having come before the Court upon the motion of Andrew Sklar, Esquire, on behalf of Michael & Denise Sammartino, for an Order determining that Claim #7 filed by Michael & Denise Sammartino, is deemed to be timely filed, and for good cause shown;

**IT IS HEREBY ORDERED** that Michael & Denise Sammartino's Proof of Claim, Claim #7, filed on August 15, 2019, is deemed to be timely filed in this matter.

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee is authorized to pay this claim.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-13655-JNP
Adam Luke Brent                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Sep 18, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2019.
db             #Adam Luke Brent,    798 Forsythia Dr.,    Vineland, NJ  08360-1805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Adam Luke Brent,    798 Forsythia Drive,    Vineland, NJ 08360-1805
                                                                                         TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                        Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2019 at the address(es) listed below:
              Andrew Sklar    on behalf of Creditor Michael & Denise  Sammartino andy@sklarlaw.com, dolores@sklarlaw.com
              Denise E. Carlon    on behalf of Creditor   DLJ Mortgage Capital, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Mark S. Kancher    on behalf of Creditor   The Kancher Law Firm, LLC mkancher@kancherlawfirm.com, rkennedy@kancherlawfirm.com
              Rebecca Ann Solarz    on behalf of Creditor   DLJ Mortgage Capital, Inc. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8