UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
DLJ Mortgage Capital, Inc.

In Re:
    Adam Luke Brent dba The Brent Law Firm
                              Debtor

    Nancy K. Brent              Co-Debtor

**Order Filed on September 25, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey**

Case No: 19-13655 JNP

Chapter: 13

Hearing Date: 09/24/2019
Judge: Jerrold N. Poslusny Jr.

# ORDER VACATING STAY AND CO-DEBTOR STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

DATED: September 25, 2019

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

[Type text]

Upon the motion of <u>DLJ Mortgage Capital, Inc.</u>, under Bankruptcy Code sections 362(a) and 1301 (c) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■       Real Property More Fully Described as:

**Land and premises commonly known as, 798 Forsythia Dr. , Vineland NJ 08360-1805**

☐       Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the Co-Debtor Stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*