B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re  Adam Luke Brent dba The Brent Law Firm,    Case No. 19-13655-JNP

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust | DLJ Mortgage Capital, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o SN Servicing Corporation
323 Fifth Street
Eureka CA 95501

Phone: 800-603-0836
Last Four Digits of Acct #: 6314

Court Claim # (if known): 8-1
Amount of Claim: 279,652.99
Date Claim Filed: 08/29/2019

Phone: 
Last Four Digits of Acct. #: 7835

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Jonathan Schwalb    Date: 9/26/2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

_____ District Of __New Jersey__

In re __Adam Luke Brent dba The Brent Law Firm__,    Case No. __19-13655-JNP__

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __8-1__ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on __9/26/19__(date).

Name of Alleged Transferor

DLJ Mortgage Capital, Inc.

Address of Alleged Transferor:

c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165

Name of Transferee

U.S. Bank Trust National Association
as Trustee of the Igloo Series IV Trust

Address of Transferee:

c/o SN Servicing Corporation
323 Fifth Street
Eureka CA 95501

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____    _____
**CLERK OF THE COURT**

| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br><br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br><br><br><br><br><br><br> In Re: <br><br><br><br> | Case No.: _____ <br><br> Chapter: _____ <br><br> Adv. No.: _____ <br><br> Hearing Date: _____ <br><br> Hon. Judge: _____ |
|---|---|

## CERTIFICATION OF SERVICE

1.  I, _____ :

    ☐ represent _____ in the this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2.  On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____      _____
                                                                              Signature

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br>     (as authorized by the court *) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br>     (as authorized by the court *) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br>     (as authorized by the court *) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br>     (as authorized by the court *) |