Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  19–13655–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Adam Luke Brent
   dba The Brent Law Firm
   798 Forsythia Dr.
   Vineland, NJ 08360–1805

Social Security No.:
   xxx–xx–4614

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/18/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 18, 2019
JAN: kvr

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-13655-JNP
Adam Luke Brent                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Nov 18, 2019
                             Form ID: 148          Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2019.
db            #Adam Luke Brent,   798 Forsythia Dr.,   Vineland, NJ  08360-1805
cr            +SN Servicing Corporation,   Friedman Vartolo LLP,   85 Broad Street, Suite 501,
               New York, NY 10004-1734
cr            +SN Servicing Corporation as servicer for U.S. Bank,   Friedman Vartolo LLP,
               85 Broad Street, Suite 501,   New York, NY 10004-1734
cr            +The Kancher Law Firm, LLC,   1101 North Kings Highway,   Suite 211,
               1101 North Kings Highway, Suite 211,   Cherry Hill, NJ 08034-1912
518063053     +DLJ Mortgage Capital, Inc..,   Rebecca A. Solarz, Esquire,   216 Haddon Avenue, Ste. 406,
               Westmont, NJ 08108-2812
518141542     +Ditech Financial LLC,   1100 Virginia Drive,   Suite 100A,   Fort Washington NJ 19034-3277
518411169     +MICHAEL & DENISE SAMMARTINO,   c/o SKLAR LAW LLC,   ANDREW SKLAR ESQUIRE,
               1200 LAUREL OAK RD, STE 102,   VOORHEES, NJ 08043-4317
518141545     +NJ State Division of Taxation,   (Dept of Treasury),   PO Box 002,   Trenton, NJ 08625-0002
518141546     +Nancy Kennedy Brent,   711 St George Street,   Newfield NJ 08344-5161
518322602     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,   Department of Treasury,
               Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
518141543      Sallie Mae,   4322 300 Continental Ave,   Newark DE 19713
518043687     +Santander Bank,   75 State Street,   Boston, MA 02109-1827
518167564     +Santander Consumer USA Inc.,   John R. Morton, Jr.,   Morton & Craig, LLC,
               110 Marter Avenue, Suite 301,   Moorestown, NJ 08057-3125
518284290     +The Kancher Law Firm, LLC,   1101 North Kings Highway,   Suite 211,
               Cherry Hill, NJ 08034-1912


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 19 2019 02:10:40      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 19 2019 02:10:37      United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr            +EDI: DRIV.COM Nov 19 2019 06:03:00      Santander Consumer USA Inc.,   8585 N. Stemmons Fwy.,
               Ste 1100-N,   Dallas, TX 75247-3822
518433668      E-mail/Text: jennifer.chacon@spservicing.com Nov 19 2019 02:11:29
               DLJ Mortgage Capital, Inc.,   c/o Select Portfolio Servicing Inc.,   P.O. Box 65250,
               Salt Lake City, UT 84165-0250
518068245     +EDI: IRS.COM Nov 19 2019 06:03:00      Department of Treasury,   Internal Revenue Service,
               P O Box 7346,   Philadelphia, PA 19101-7346
518078144     +EDI: DRIV.COM Nov 19 2019 06:03:00      Santander Consumer USA, Inc.,   P.O. Box 560284,
               Dallas, TX 75356-0284
518069362     +EDI: AIS.COM Nov 19 2019 06:03:00      T Mobile/T-Mobile USA Inc,
               by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518479032     +E-mail/Text: bknotices@snsc.com Nov 19 2019 02:11:21      U.S. Bank Trust National Association,
               as Trustee of the Igloo Series IV Trust,   c/o SN Servicing Corporation,   323 Fifth Street,
               Eureka CA 95501-0305
518479033     +E-mail/Text: bknotices@snsc.com Nov 19 2019 02:11:21      U.S. Bank Trust National Association,
               as Trustee of the Igloo Series IV Trust,   c/o SN Servicing Corporation,   323 Fifth Street,
               Eureka CA 95501,   U.S. Bank Trust National Association 95501-0305
518394255      EDI: ECMC.COM Nov 19 2019 06:03:00      US Department of Education,   PO Box 16448,
               St. Paul, MN 55116-0448
                                                                              TOTAL: 10


         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Adam Luke Brent,   798 Forsythia Drive,   Vineland, NJ 08360-1805
cr*           +Michael & Denise Sammartino,   c/o SKLAR LAW LLC,   Andrew Sklar Esquire,   1200 Laurel Oak Rd,
               ste 102,   Voorhees, NJ 08043-4317
518141544*    +IRS,   51 Haddonfield Rd,   Cherry Hill NJ 08002-4801
                                                                              TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-1          User: admin            Page 2 of 2            Date Rcvd: Nov 18, 2019
                              Form ID: 148            Total Noticed: 24
```

```
             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2019 at the address(es) listed below:
          Andrew  Sklar   on behalf of Creditor Michael & Denise  Sammartino andy@sklarlaw.com,
           dolores@sklarlaw.com
          Denise E. Carlon   on behalf of Creditor   DLJ Mortgage Capital, Inc. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa   ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          John R. Morton, Jr.   on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Jonathan C. Schwalb   on behalf of Creditor   SN Servicing Corporation
           bankruptcy@friedmanvartolo.com
          Jonathan C. Schwalb   on behalf of Creditor   SN Servicing Corporation as servicer for U.S. Bank
           Trust National Association as Trustee of the Igloo Series IV Trust bankruptcy@friedmanvartolo.com
          Mark S. Kancher   on behalf of Creditor   The Kancher Law Firm, LLC mkancher@kancherlawfirm.com,
           rkennedy@kancherlawfirm.com
          Rebecca Ann Solarz   on behalf of Creditor   DLJ Mortgage Capital, Inc. rsolarz@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                       TOTAL: 10
```